IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOLDEN VASQUEZ,

    Petitioner,

v.                                                    CASE NO. 1:09-cv-229-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER**

This matter is before the Court on Doc. 4, Motion to Declare Petitioner Insolvent, filed by Golden Vasquez. By prior R&R, the Court has recommended that this cause be transferred to the United States District Court for the Southern District of Florida for all further proceedings. The instant motion is therefore **DENIED** without prejudice to refiling a motion for leave to proceed IFP in the Southern District once the case is transferred

    **DONE AND ORDERED** this _28th_ day of October, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**