IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GOLDEN VASQUEZ,

    Petitioner,

v.                                           CASE NO. 1:09-cv-00229-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation regarding the Petition for Writ of Habeas Corpus Filed by Golden Vasquez, Doc. 1. The Magistrate has recommended that this case be transferred to the United States District Court for the Southern District of Florida for all further proceedings. Petitioner has not objected to the Recommendation, and the time for doing so has passed. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     This case is TRANSFERRED to the United States District Court for the Southern District of Florida for all further proceedings.

    **DONE AND ORDERED** this   *20th* day of November, 2009

                                     *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge